UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JOHN MCGLOTHIN,

Plaintiff,

v.

S. WILLIAMSON, *et al.*,

Defendants.

Case No.  2:26-cv-1753-JDP (P)

ORDER; FINDINGS AND
RECOMMENDATIONS

Plaintiff, a state prisoner, brings this action alleging that defendants violated his rights when they retaliated against him for protected activity by using excessive force to restrain him. Before this action can proceed, however, the matter of the filing fee must be settled. Plaintiff has moved to proceed *in forma pauperis* ("IFP"), ECF No. 2, but he does not appear to be eligible, insofar as his trust fund accounts statement indicates that, as of May 20, 2026, he has in excess of ten thousand dollars in his account. ECF No. 4 at 2. Thus, he has more than enough to cover the fee and remain reasonably financially secure. I recommend that his application to proceed IFP be denied and that he be directed to tender the full filing fee within twenty-one days of any order

1

adopting these findings and recommendations.

Accordingly, it is ORDERED that the Clerk of Court shall assign a district judge to this action.

Further, it is RECOMMENDED that plaintiff's application to proceed *in forma pauperis*, ECF No. 2, be DENIED and that plaintiff be directed to tender the full filing fee within twenty-one days of any order adopting these recommendations.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within forty-five days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: ___May 27, 2026___                    _____
                                             JEREMY D. PETERSON
                                             UNITED STATES MAGISTRATE JUDGE

2